AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00601 |
| LAWRENCE DROPKIN JR | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 9/13/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____LAWRENCE DROPKIN JR_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    09/14/2021

Digitally signed by G. Michael Harvey
Date: 2021.09.14 10:20:55 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.    G. Michael Harvey, U.S Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/13/2021, and the person was arrested on *(date)* 10/01/2021
at *(city and state)* Newark, NJ

Date: 10/01/2021

*Arresting officer's signature*

Special Agent Joseph G. Dalessio
*Printed name and title*